IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F-06-00046 AWI |
| Plaintiff, | ) | |
| v. | ) | |
| TOULU THAO, | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the stipulation filed by the parties on February 17, 2006, time is excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:   **February 17, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE

1