IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br><br>TOULU THAO,<br><br>                Defendant(s) | Case No. 06-cr-00046-AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>DATE:     August 21, 2006<br>TIME:     9:00 a.m.<br>PLACE:   Courtroom Two<br>Honorable Anthony W. Ishi |

On July 20, 2006, the parties in the above titled action filed the following stipulation to move the status conference hearing date:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney David Gappa, counsel for the plaintiff, and Kenneth Hahus, counsel for the defendant Toulu Thao, that the status conference hearing in the above-captioned matter currently set for July 24, 2006, may be continued to August 21, 2006, at the hour of 9:00 a.m., in Courtroom Two before the Honorable Anthony W. Ishi, United States District Court Judge for the Eastern District of California.

The continuance is at the request of defense counsel to allow time for a substitution of attorney to take place.

The parties further stipulate that the resulting period of delay occurring between July 24, 2006, and August 21, 2006, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A).

///

///

1  DATED: July 19, 2006                                   Respectfully submitted,

2

3                                                          /s/ Kenneth Hahus
                                                          KENNETH HAHUS,
4                                                         Attorney for Defendant

5

6  DATED: July 19, 2006

7                                                          /s/ David Gappa
                                                          DAVID GAPPA,
8                                                         Assistant United States Attorney

9

10

11                                    **ORDER**

12      **IT IS SO ORDERED** that the status conference hearing in the above-entitled matter is

13  hereby continued to August 21, 2006, at the hour of 9:00 a.m.

14

15  IT IS SO ORDERED.

16  **Dated:   July 21, 2006**                    _/s/ **Anthony W. Ishii**_
    0m8i78                                         UNITED STATES DISTRICT JUDGE
17