1  **STEPHEN QUADE** #156961
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-2042
4  Facsimile: (559) 237-3966

5

6
                IN THE UNITED STATES DISTRICT COURT
7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA    ,        )    CASE No. **06-cr-00046-AWI**
10                                      )
                                        )
11              Plaintiff,              )    STIPULATION AND ORDER
                                        )    TO CONTINUE STATUS
12 vs.                                  )    HEARING
                                        )
13 **TOULU THAO**              ,        )    Date:   January 8, 2007
                                        )    Time:   9:00 a.m.
14              Defendant(s)            )    Dept.   2

15       IT IS HEREBY STIPULATED between Plaintiff, United State of America, by and

16 through Assistant U.S. Attorney, Mr. David Gappa, and defendant, Toulu Thao, by and through

17 his attorney Mr. Stephen Quade, that the date for the Status Hearing in the above-captioned

18 criminal matter be continued from November 13, 2006, to January 8, 2007, at the hour of

19 9:00 a.m., in Department 2 of the Untied States Federal Court.

20

21

22 DATED: Nov. 9, 2006            Respectfully submitted,

23

24                                 /s/ Stephen Quade
                                  STEPHEN QUADE
25                                Attorney at Law

26

27

28

1
2
3   DATED: Nov. 9, 2006                    /s/ David Gappa
4                                          David Gappa
                                           Assistant United States Attorney
                                           by Stephen Quade
5
6                                   **ORDER**

7       **IT IS SO ORDERED** that the status conference hearing in the above-entitled matter is

8   hereby continued to January 8, 2007, at the hour of 9:00 a.m.

9

10  IT IS SO ORDERED.

11  **Dated:   November 13, 2006**                 /s/ **Anthony W. Ishii**
    0m8i78                                         UNITED STATES DISTRICT JUDGE
12