IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-cr-00046 |
| Plaintiff, | |
| vs. | |
| TOULU THAO, | |
| Defendant | |

ORDER

It is ORDERED that the defendant file any motions by September 14, 2007.

It is ORDERED that the government file any response to the defendant's motion by October 5, 2007.

It is FURTHER ORDERED that the defendant's motions be heard on October 12, 2007, at 9:00 a.m.

The time during which motions are pending is excluded from the Speedy Trial Act on that basis.

IT IS SO ORDERED.

**Dated:   August 29, 2007**          /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE