Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Toulu Thao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOULU THAO,<br><br>　　　　Defendant | Case No.: 1:06-cr-00046<br><br>**STIPULATION REGARDING DATE OF MOTION HEARING** |

The parties have agreed that the date for the hearing on defendant's motions be moved from October 12, 2007, at 9:00 a.m., to November 9, 2007, at 9:00 a.m.  Also, the defendant's motion(s) will be due October 5, 2007 and the government's response to the defendant's motion(s) will be due by November 2, 2007.

Dated:  September _____, 2007　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Toulu Thoa


Dated:  September _____, 2007　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　David Gappa
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOULU THAO,<br><br>    Defendant | Case No.: 1:06-cr-00046 |

ORDER

It is ORDERED that the defendant file any motions by October 5, 2007.

It is ORDERED that the government file any response to the defendant's motions by November 2, 2007.

It is FURTHER ORDERED that the defendant's motions be heard on November 9, 2007, at 9:00 a.m.

The basis and good cause for the continuation is outlined and established in the affidavit of Counsel Hammerschmidt.

IT IS SO ORDERED.

**Dated:   October 2, 2007**            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE