IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>TOULU THAO,<br><br>              Defendant. | ) CR. F-06-00046 LJO<br>)<br>)<br>)<br>)<br>)<br>)<br>) DATE: December 21, 2007<br>) TIME: 9:00 a.m.<br>) PLACE: Courtroom Four<br>) HON: Lawrence J. O'Neill |

ORDER

The court has reviewed and considered the stipulation of the parties to move the filing and hearing dates.  The government response is now due December 7, 2007, and a hearing on the motions will be held on December 21, 2007, at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I). The hearing date of November 9, 2007 is vacated.

IT IS SO ORDERED.

**Dated:   October 31, 2007**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

1