IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-06-00046 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TOULU THAO, ) | |
| ) | DATE: December 21, 2007 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | PLACE: Courtroom Four |
| ) | HON: Lawrence J. O'Neill |

ORDER

The court has reviewed and considered the stipulation of the parties to move the filing and hearing dates. The government response is now due December 14, 2007, and a hearing on the motions will be held on December 21, 2007, at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   December 7, 2007**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE