McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:06-cr-00046 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) STATUS CONFERENCE |
| v. | ) Old Date: Feb. 15, 2008<br>) Old Time: 9:00 a.m. |
| TOULU THAO, | ) New Date: March 28, 2008<br>) New Time: 9:00 a.m. |
| Defendant. | ) Courtroom: Four<br>) (Hon. Lawrence J. O'Neill) |

The parties stipulate and request that the status conference, currently set for Feb. 15, 2008, be reset to March 28, 2008. The continued status conference date is required to enable the parties to have sufficient time to meet and confer concerning this case. Primary government counsel on this case is currently in the middle of a lengthy jury trial, and will also be out of the office during a week in March 2008. The parties agree and stipulate that any delay resulting from this continuance should be excluded in the interests of justice, under 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i).

1

```
                                        Respectfully submitted,

Dated:  Feb. 12, 2008                   McGREGOR W. SCOTT
                                        United States Attorney


_____         /s/ Kirk E. Sherriff
                                        for:
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney


Dated:  Feb. 12, 2008                   /s/ Jeff Hammerschmidt
                                        (per authorization)
                                        JEFF HAMMERSCHMIDT

                                        Counsel for Defendant
                                        Toulu Thao
```

```
McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOULU THAO,<br><br>　　　　Defendant. | No. 1:06-cr-00046 LJO<br><br><br>Old Date: Feb. 15, 2008<br>Old Time: 9:00 a.m.<br><br>New Date: March 28, 2008<br>New Time: 9:00 a.m.<br>Courtroom: Four<br>(Hon. Lawrence J. O'Neill) |

ORDER

The court has reviewed the stipulation of the parties to continue the status conference in this case. It is ordered that the status conference is continued from February 15, 2008 to March 28, 2008, at 9:00 a.m. It is further ordered that delay resulting from this continuance shall be excluded in the interests of justice, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i). HOWEVER, on March 28th, the parties should be ready to select a trial date.

IT IS SO ORDERED.

**Dated:　February 11, 2008**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3