IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )| No. 1:06-cr-00046 LJO |
| Plaintiff,     )| ORDER SETTING TRIAL BY STIPULATION |
| v.     )| |
| TOULU THAO,     )| |
| Defendant.     )| |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the trial date in this case.  It is ordered that the trial date is continued from August 18, 2008 to August 25, 2008, at 9:00 a.m.  It is further ordered that time shall be excluded in the interests of justice, based on the grounds set forth in the parties' stipulation, from the date of this Order through and including the new trial date of August 25, 2008, under 18 U.S.C. § 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(i).

It is also further ordered that the hearing set for May 30, 2008 is vacated.

IT IS SO ORDERED.

**Dated:   May 13, 2008**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE