LAWRENCE G. BROWN
Acting United States Attorney
DAVID L. GAPPA
KIRK E. SHERRIFF
Assistant United States Attorneys
United States Attorney's Office
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>TOULU THAO, )<br>)<br>Defendant. )<br>)<br>_____) | Case No.: 1:06-cr-00046 AWI<br><br>MOTION TO DISMISS INDICTMENT<br>UNDER TERMS OF DEFERRED<br>PROSECUTION AGREEMENT |

The court approved on July 3, 2008, a deferred prosecution agreement entered into by the parties. In that document, the defendant expressed a willingness to "acknowledge responsibility for his actions and to demonstrate his future good conduct." Docket Item 75-2, at 2, para. 2. The defendant was obligated to perform 200 hours of community service and to comply with all federal, state, and local laws.

The government has received information that the defendant completed the required 200 hours of community service, and the government has no information regarding any arrest by the

1 defendant for any federal, state, or local criminal law
2 violations since July 3, 2008.  Thus, the government moves the
3 court to dismiss the indictment in this case.  Defense counsel
4 has stated he has no opposition to this motion.
5     The status conference scheduled for September 4, 2009, can
6 be vacated.

8  Dated: July 8, 2009                 Respectfully submitted,

9                                      LAWERENCE G. BROWN
                                       Acting United States Attorney
10
                                       /s/ David L Gappa
11
                                       DAVID L. GAPPA
12                                     KIRK E. SHERRIFF
                                       Assistant U.S. Attorney
13
                                       Attorneys for plaintiff
14                                     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. F-06-00046 LJO |
| Plaintiff, | ) |
| v. | ) |
| TOULU THAO, | ) |
| Defendant. | ) |

ORDER

The court has reviewed and considered the motion to dismiss the indictment filed on July 8, 2009.  The motion is granted.

IT IS SO ORDERED.

**Dated:   July 8, 2009**              /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE