FILED

JUL 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. F-06-00046 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| TOULU THAO, | ) | |
| Defendant. | ) | |

ORDER

The court has reviewed and considered Defendant Toulu Thao's motion to return his passport number 203615157, receipt number 101-8269. The motion is granted.

IT IS SO ORDERED.

Dated: July 16, 2009                    _____
                                         UNITED STATES DISTRICT JUDGE